UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 22-00416-DOC-(KESx) | Date | June 29, 2022 |
| Title | Natalia Nickolaevna Priyannik v. Ahmed Ghandour | | |

| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Karlen Dubon | None Present | _____ |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **July 5, 2022**, why this action should not be dismissed for lack of prosecution.   As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X   Proof of service of summons and complaint (*however, if the deadline to Answer has already passed, plaintiff(s) must also submit a Request for Default or Stipulation Extending Time to Answer*)

X   Notice of Voluntary Dismissal (FRCivP 41)

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.   Fed. R. Civ. P. 4 (m).   The Court may dismiss the action prior to the expiration of such time, however, if plaintiffs have not diligently prosecuted the action.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.   If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 8.3.

No oral argument of this matter will be heard unless ordered by the Court.   The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

                                                                                                           -     :     -
                                                                                                    _____ _____
                                                                             Initials of Deputy Clerk   kdu