JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-00416-DOC-KES                                             Date: December 21, 2022

Title: NATALIA NICKOLAEVNA PRIYANNIK V. AHMED GHANDOUR.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **ORDER APPROVING SETTLEMENT AND DISMISSING CIVIL CASE [38]**

    The Court, having been notified by the parties that this action has been settled (Dkt. 38), hereby orders this action **DISMISSED** without prejudice. The Court hereby orders **ALL** proceedings in the case **VACATED** and taken off calendar.

    The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy Clerk: kdu

CIVIL-GEN